IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN DOE | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | No. 10-1008 |
| THOMAS MEGLESS, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 5th day of August, 2010, it is ORDERED Plaintiff John Doe's Motion to Proceed Anonymously (Document 11) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.