IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-1008 |
| | : | |
| THOMAS MEGLESS, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 10th day of August, 2010, it is ORDERED a teleconference shall take place

on August 13, 2010, at 10:00 a.m.  Counsel for Plaintiff shall initiate the call.


BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.