## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | CIV. NO.. 2:10-CV-01008 |
| Plaintiff. | ) | |
| v. | ) | HON. JUAN R. SANCHEZ |
| | ) | |
| THOMAS MEGLESS, et al. | ) | NOTICE OF APPEAL |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that John Doe, plaintiff in the above caption matter, hereby appeals to the United States Court of Appeals for the Third Circuit the following Orders of the United States District Court for the Eastern District of Pennsylvania (Hon. Juan R. Sanchez): (1) the Court's Order dated August 5, 2010 (Docket No. 31) denying Plaintiff's Motion For Leave To Proceed Anonymously (Docket No.11); (2) the Court's Order dated August 13, 2010 (Docket No. 33), ordering Plaintiff to file a Complaint in compliance with the Court's Order denying Plaintiff's Motion For Leave To Proceed Anonymously (Docket No.31); and (3) the Court's Order dated September 22, 2010 (Docket No.38) granting Defendants' Joint Motion to Dismiss Plaintiff's Amended Complaint (Docket No.35).

SCHROM, SHAFFER & BOTEL

October 18, 2010
Date

/s/ Gerard K. Schrom (gks2134)
Gerard K. Schrom Esquire
PA Attorney I.D.: 39282
Attorney for Plaintiff.
John Doe

Address: 4 West Front Street
Media, Pennsylvania 19063
610-565-5050 (Phone)
610-565-2980 (Fax)

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | CIV. NO.. 2:10-cv-01008 |
| Plaintiff. | ) | |
| v. | ) | |
| | ) | |
| THOMAS MEGLESS, et al. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I, Gerard K. Schrom, hereby certify that a true and correct copy of the foregoing Notice of Appeal was filed electronically with the ECF system of the United States District Court for the Eastern District of Pennsylvania on October 18, 2010 and is available for viewing and downloading from the ECF system on October 18, 2010; and was otherwise sent by United States Postal Service first-class mail, postage prepaid to the following on October 18, 2010:

Susan L. DiGiacomo, Esquire  
Siana, Bellwoar & McAndrew, LLP  
Ludwigs Corner Professional Center  
941 Pottstown Pike, Suite 200  
Chester Springs, PA 19492

Scott M. Badami, Esquire  
Fox Rothschid, LLP  
10 Sentry Parkway, Suite 200  
Blue Bell, PA 19422

October 18, 2010  
Date

/s/  Gerard K. Schrom (GKS2134)  
Gerard K. Schrom Esquire  
PA Attorney I.D.:84953  
Attorney for Plaintiff.  
John Doe

Address: 4 West Front Street  
Media, Pennsylvania 19063  
610-565-5050 (Phone)  
610-565-2980 (Fax)